IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LADAE SAMAEL LANAERD FRANKLIN,

       Appellant,

 v.

                                  Case No.  5D23-213
                                  LT Case No. 16-2020-CF-1962-AXXX

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed June 6, 2023

Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Jessica J. Yeary, Public Defender,
and Barbara J. Busharis, Assistant
Public Defender, Tallahassee, for
Appellant.

Ashley Moody, Attorney General,
and Robert Charles Lee, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

     AFFIRMED.

HARRIS, KILBANE and MACIVER, JJ., concur.